NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Steven D. Smith, SD Smith, Esquire, Pllc
125 N. Main St., #500-353
Blacksburg, VA 24060
(540) 552-2525 tel
(540) 526-9413 fax
sdsmithesquire@gmail.com

ATTORNEY(S) FOR: plaintiff James Murtagh, M.D.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Murtagh, M.D.<br><br>Plaintiff(s),<br>v.<br>David Pardo, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:15 cv 05204<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   plaintiff James Murtagh, M.D.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dr. James Murtagh, M.D. | plaintiff |
| David Pardo | defendant |
| Automattic, Inc. (dba WordPress) | defendant |
| MarkMonitor, Inc. | defendant |
| Thompson Reuters, Inc. | parent company of defendant MarkMonitor, Inc. |
| Clark Baker | witness |
| Office of Medical and Scientific Justice | witness |
| Emory University Hospital | witness |

7/15/2015
Date

/s/ Steven D. Smith
Signature

Attorney of record for (or name of party appearing in pro per):

plaintiff James Murtagh, M.D.