```
FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

DAVID PARDO
3033 FRONTIER AVENUE NE
Albuquerque, N.M. 87190-0806
(505) 552-2301 TEL
(505) 633-7918 FAX
dpardo@outlook.com

DAVID PARDO, IN PRO PER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURTAGH, M.D., | ) C.D.Cal. 2:15-cv-05204-MMM-FFM |
| Plaintiff, | ) |
| v. | ) **ANSWER TO COMPLAINT** |
| DAVID PARDO, et al., | ) |
| Defendant | ) |

Defendant, DAVID PARDO (hereinafter "Defendant"), provides this answer to Plaintiff's complaint, as follows:

1. Defendant admits that Dr. James Murtagh is the plaintiff in this case. Defendant is without knowledge or information sufficient to form a belief as to whether plaintiff is a resident of Los Angeles, and therefore denies that portion of paragraph 1.

2. Admitted.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 3 and therefore denies them.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 4 and therefore denies them.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 5 and therefore denies them.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 6 and therefore denies them.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 7 and therefore denies them.

8. Defendant admits the first sentence in paragraph 8. Defendant denies that he and plaintiff have ever established an attorney-client relationship, including in June 2012.

9. Denied.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 10 and therefore denies them.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 11 and therefore denies them.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 12 and therefore denies them.

13. Defendant admits the first sentence in paragraph 13. Defendant denies in full the second sentence in paragraph 13.

14. Denied.

15. Denied.

16. Denied.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 17 and therefore denies them.

18. Denied.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph

19 and therefore denies them. Defendant denies in full the last sentence in paragraph 19.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 20 and therefore denies them.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 21 and therefore denies them.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 22 and therefore denies them.

23. Denied.

24. Denied.

25. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

    g.    Denied.

26.    Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 26 and therefore denies them.

27.    Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 27 and therefore denies them.

28.    Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 28 and therefore denies them.

29.    Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 29 and therefore denies them.

30.    Denied.

31.    Denied.

32.    Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 32 and therefore denies them.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 33 and therefore denies them.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 34 and therefore denies them.

35. Denied.

36. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 36 and therefore denies them.

37. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 37 and therefore denies them.

38. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 38 and therefore denies them.

39. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 39 and therefore denies them.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 40 and therefore denies them.

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 41 and therefore denies them.

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 42 and therefore denies them.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 43 and therefore denies them.

44. Denied.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 45 and therefore denies them.

46. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 46 and therefore denies them.

**ANSWER**

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 47 and therefore denies them.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 48 and therefore denies them, including every subpart.

49. Denied.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 50 and therefore denies them.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 51 and therefore denies them.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 52 and therefore denies them.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 53 and therefore denies them.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 54 and therefore denies them.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 55 and therefore denies them.

56. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 56 and therefore denies them.

57. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 57 and therefore denies them.

58. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 58 and therefore denies them.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 59 and therefore denies them.

60. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 60 and therefore denies them.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 61 and therefore denies them.

62. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 62 and therefore denies them.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 63 and therefore denies them.

64. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 64 and therefore denies them.

65. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 65 and therefore denies them.

66. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 66 and therefore denies them.

67. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 67 and therefore denies them.

68. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 68 and therefore denies them.

69. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 69 and therefore denies them.

70. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 70 and therefore denies them.

71. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 71 and therefore denies them.

72. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 72 and therefore denies them.

73. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 73 and therefore denies them.

74. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 74 and therefore denies them.

75. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 75 and therefore denies them.

76. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 76 and therefore denies them.

77. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 77 and therefore denies them.

78. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 78 and therefore denies them.

79. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 79 and therefore denies them.

80. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 80 and therefore denies them.

81. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 81 and therefore denies them.

82. Defendant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 82 and therefore denies them.

## AFFIRMATIVE DEFENSES

1. Defendant asserts the affirmative defense of statutory fair use.
2. Defendant asserts the affirmative defense of nominative fair use.
3. Defendant asserts the affirmative defense of First Amendment.
4. Defendant asserts the affirmative defense of unclean hands.

Defendant demands a jury trial.

WHEREFORE, Defendant prays that this Court dismiss the Complaint of the plaintiff herein, with costs and disbursements to defendant, together with such other relief the Court finds to be just and proper.

DATED: August 11, 2015

Respectfully submitted,

_____
DAVID PARDO
In Pro Per

-14-
ANSWER

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Answer was sent this, the 11th day of August, 2015, and within 21 days of Plaintiff's July 30, 2015 service of process, to each of the following:

**By U.S. Mail:**

Steven D. Smith, Esq.
SDSmith, Esquire, PLLC
125 N. Main St., #500-353
Blacksburg, VA 24060
*Plaintiff's counsel*

U.S. District Court
Central District of California
312 N. Spring St., Rm G-8, Civil Intake
Los Angeles, CA 90012

Respectfully submitted,

DAVID PARDO
3033 FRONTIER AVENUE NE
Albuquerque, N.M. 87190-0806
(505) 552-2301 TEL
(505) 633-7918 FAX
dpardo@outlook.com
*Defendant, IN PRO PER*