UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-05204-MMM(FFMx) | Date: | November 2, 2015 |
|---|---|---|---|

| Title | *James Murtagh, M.D. v. David Pardo et al* |
|---|---|

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| Anel Huerta | | N/A |
| Deputy Clerk | | Court Reporter |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| N/A | N/A |

**Proceedings:**      **[In Chambers] Case Management Order**

The parties are directed to mediate before a member of the Attorney Mediation Panel. The court directs the parties to review the information on the court's website concerning the mediators and mutually select a mediator to serve no later than December 7, 2015. The parties are directed to advise the administrator of the ADR Program which mediator they have selected by that date as well. See Order/Referral to ADR Program.

The Court schedules the following dates:

| | |
|---|---|
| Rule 26 disclosures: | November 9, 2015 |
| Deadline to file motions/stipulations seeking amendment of pleadings: | November 30, 2015 |
| Further telephone status conference: | April 13, 2016, at 5:15 PM |
| Fact discovery cut-off: | May 6, 2016 |
| Initial expert disclosures: | May 20, 2016 |
| Rebuttal expert disclosures: | June 3, 2016 |
| Expert discovery cut-off: | June 17, 2016 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Settlement completion deadline: | July 11, 2016 |
| Motions hearing cut-off: | July 18, 2016, at 10:00 AM |
| Final Pretrial Conference: (Including motions in limine) | August 15, 2016, at 9:00 AM |
| Jury Trial: | September 13, 2016, at 8:30 AM |

00 : 00

CV-90 (12/02)                    CIVIL MINUTES - GENERAL                    Initials of Deputy Clerk AH

    Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**.   If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.