1  STEVEN D. SMITH, SBN 165418
   SD SMITH, ESQUIRE, PLLC
2  125 N. MAIN ST., #500-353
   BLACKSBURG, VA 24060
3  (540) 552-2525 TEL
   (540) 526-9413 FAX
4  sdsmithesquire@gmail.com

5
   Attorney for Plaintiff
6  JAMES MURTAGH, MD

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11 JAMES MURTAGH, M.D., *an individual,*) CASE NO.
                             ) 2:15-cv-05204-BRO-FFM
12                           )
          *Plaintiff,*        )
13                           ) NOTICE OF
                             ) MOTION TO COMPEL
14                           ) DOCUMENT PRODUCTION
      vs.                    )
15                           )
                             )
16                           ) Discovery Cutoff: June 17, 2016
17 DAVID PARDO, *an individual,*  ) Pretrial Conference: August 15,
                             ) 2016
18                           ) Trial Date: September 13, 2016
                             )
19 and                       )
                             ) Hearing Date: May 31, 2016
20 JOHN DOES, 1 to 10,        ) Time: 10:00AM
21                           ) Courtroom: No. 580
                             ) Judge: Frederick F. Mumm
22                           )
          *Defendants.*       )
23 _____ ) Hon. Beverly Reid O'Connell

24 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

25 **PLEASE TAKE NOTICE** that on May 31, 2016 at 10:00 a.m., or as soon

26 thereafter as the matter may be heard in Courtroom 580 of the Roybal

27 Federal Building, 255 East Temple Street Courthouse, Los Angeles,

28 California 90012-3332, Plaintiff JAMES MURTAGH, MD will move the

1

**SD Smith, Esquire, Pllc**
125 N. Main St., #500-353
Blacksburg, VA 24060
(540) 552-2525 TEL
(540) 526-9413 FAX
sdsmithesquire@gmail.com

NOTICE OF MOTION TO COMPEL                                    2:15-cv-05204-BRO-FFM

1  Court to compel the production of documents related to witness DAVID

2  STEELE related to communications between Mr. David Steele and Mr.

3  Clark Baker and Mr. David Pardo regarding plaintiff on the grounds that

4  such documents are relevant and necessary to proving allegations in

5  Plaintiff's Complaint.

6      The Motion will be based on this Notice of Motion, Motion to Compel,

7  attached exhibits, and Declarations of plaintiff Dr. James Murtagh, MD and

8  Steven Smith, counsel.

9                      Respectfully  Submitted

10

11                      Dr. James Murtagh, MD

12        By:   /s/ Steven D. Smith

13             Steven D. Smith
              *Counsel for Plaintiff James Murtagh, M.D.*

14

15  DATED: APRIL 27, 2016

16

17

18

19

20

21

22

23

24

25

26

27

28

**SD Smith, Esquire, Pllc**
125 N. Main St., #500-353
Blacksburg, VA 24060
(540) 552-2525 TEL
(540) 526-9413 FAX
sdsmithesquire@gmail.com

2

NOTICE OF MOTION TO COMPEL          2:15-cv-05204-BRO-FFM