Case: 2:15cv5204   Doc: 38

Returned Mail

David   Pardo
3033 Frontier Avenue NE
Albuquerque, NM 87190-0806



FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                      DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<21400824@cacd.uscourts.gov>Subject:Activity in Case 2:15-cv-05204-BRO-FFM James Murtagh, M.D. v. David Pardo et al Order on Motion to Compel Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 4/28/2016 at 12:36 PM PDT and filed on 4/28/2016

| | |
|---|---|
| **Case Name:** | James Murtagh, M.D. v. David Pardo et al |
| **Case Number:** | 2:15-cv-05204-BRO-FFM |
| **Filer:** | |
| **Document Number:** | 38 |

**Docket Text:**
ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL by Magistrate Judge Frederick F. Mumm: denying [36] Motion to Compel; denying [37] Motion to Compel : On April 27, 2016, plaintiff filed two motions (the "Motions") to compel the production of documents by non-parties pursuant to subpoenas. (Docket Nos. 36 and 37.) The Motions are not accompanied by any proof of service on the subpoenaed parties. Moreover, the Motions do not demonstrate service of the subject subpoenas on the subpoenaed parties. The Motions also do not reveal whether the subpoenaed parties are represented by counsel. Plaintiff is admonished that if either or both of the subpoenaed parties are represented by counsel, plaintiff must comply with Local Rule 45-1, which requires compliance with Local Rule 37. Given the foregoing, the Court DENIES the Motions without prejudice. (jm)

**2:15-cv-05204-BRO-FFM Notice has been electronically mailed to:**
Steven Dennison Smith    sdsmithesquire@gmail.com, nancyhazzouri@gmail.com, nancyh@n2nourish.com
Matthew Paul Nugent    mnugent@gordonrees.com
Melinda Mae Morton    calendaring@procopio.com, gail.poulos@procopio.com, mindy.morton@procopio.com
**2:15-cv-05204-BRO-FFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
David Pardo
3033 Frontier Avenue NE
Albuquerque NM 87190-0806
US

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURTAGH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DAVID PARDO, an individual, *et al.*, <br><br> Defendants. | No. CV 15-5204 BRO (FFMx) <br><br> ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL |

On April 27, 2016, plaintiff filed two motions (the "Motions") to compel the production of documents by non-parties pursuant to subpoenas. (Docket Nos. 36 and 37.) The Motions are not accompanied by any proof of service on the subpoenaed parties. Moreover, the Motions do not demonstrate service of the subject subpoenas on the subpoenaed parties. The Motions also do not reveal whether the subpoenaed parties are represented by counsel. Plaintiff is admonished that if either or both of the subpoenaed parties are represented by counsel, plaintiff must comply with Local Rule 45-1, which requires compliance with Local Rule 37.

Given the foregoing, the Court DENIES the Motions without prejudice.

IT IS SO ORDERED.

DATED: April 28, 2016

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NIXIE  878712069-1N  05/06/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

